GEORGE E. SMITH, Respondent, v. MARY E. SMITH, Appellant.— Order directing service of a bill of particulars affirmed, in so far as appealed from, without costs. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

EDITH STEPHENS, Appellant, v. RUDOLPH STUTZMANN, Respondent.— Judgment reversed upon the law and the facts, and new trial granted, costs to appellant to abide the event. It was for the jury to determine whether plaintiff was within her rights in going up the stairs and closing the door in question, as well as the defendant's negligence in maintaining a defective door. The question of plaintiff's contributory negligence should also have been submitted to the jury, as well as the question as to whether defendant's negligence in maintaining the door in bad condition was the proximate cause of plaintiff's injuries. Lazansky, P. J., Young, Kapper and Carswell, JJ., concur; Hagarty, J., dissents and votes to affirm.

ELLA STOLWORTHY, an Infant, by GEORGE E. STOLWORTHY, Her Guardian ad Litem, Respondent, v. IRVING FRIEDMAN, Appellant.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

FRANCES STOLWORTHY, an Infant, by GEORGE E. STOLWORTHY, Her Guardian ad Litem, Respondent, v. IRVING FRIEDMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

GEORGE E. STOLWORTHY, Respondent, v. IRVING FRIEDMAN, Appellant.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MORRIS STRAUSS, Doing Business as NATIONAL PARLOR SUIT COMPANY, Respondent, v. WILLIAM KOHN, Sued Herein as "WILLIAM COHEN," Individually and as President of Local No. 76 of New York City, Affiliated with the Upholsterers International Union of North America, a Voluntary Association Composed of More Than Seven Members, and Others, Appellants, and SAM KATZ and Others, Defendants.— Order granting motion for injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.